United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN DOE,

Plaintiff,

v.

JOSEPH B. EDLOW,

Defendant.

Case No. 26-cv-07536-VKD

**ORDER PROVISIONALLY GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM**

Re: Dkt. No. 2

Plaintiff, who is representing himself and filed this action as "John Doe," moves for permission to proceed under that pseudonym and to protect against the public disclosure of his telephone number. Dkt. No. 2. Generally, individuals filing lawsuits must do so in their own names, except in the "unusual case when nondisclosure of the party's identity is necessary to protect a person from harassment, injury, ridicule or personal embarrassment." *Does 1 thru XXIII v. Advanced Textile Corp*., 214 F.3d 1058, 1067-68 (9th Cir. 2000) (citation modified; citation omitted). Noting that he has been granted asylum status, plaintiff asserts that anonymity with respect to his name and telephone number are necessary to protect against "retaliatory or adverse attention." Dkt. No. 2 at 2. Although plaintiff's declaration submitted in support of his motion is stated at a very high level of generality, at this time, the Court provisionally grants his motion to proceed pseudonymously. This order is subject to revisiting once defendant appears. The Clerk shall issue the proposed summons.

**IT IS SO ORDERED.**

Dated: August 12, 2026

Virginia K. DeMarchi

Virginia K. DeMarchi
United States Magistrate Judge